In the Matter of the Application of THOMAS NARDONE, Petitioner, for a Certiorari Order against THE STATE LIQUOR AUTHORITY, Respondent.— Certiorari to review the determination of the State Liquor Authority revoking petitioner's license to sell beer at retail for consumption on the premises. Petitioner held a license for the sale of beer on premises described as being located on Vineyard avenue, Highland, N. Y. Petitioner is the lessee of the building containing the premises. Petitioner was given a hearing. The proof sustains the findings that petitioner had in a closet under the stairway of the premises a pint bottle containing apple brandy. Petitioner admitted his possession of this liquor. Section 108 of the Alcoholic Beverage Control Law* provides that a beer license may be revoked where a licensee kept or permitted to be kept liquor on the licensed premises. Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of MAURICE J. BURNS, Appellant, for a Mandamus Order against EDWARD J. FLYNN, as Secretary of the State of New York, and S. HOWARD COHEN and Others, Commissioners of the Board of Elections in the City of New York, Respondents.— Appeal from an order denying petitioner's motion to restrain the Secretary of State from certifying for the primary and general election for 1935 the two Senators and six Assemblymen now apportioned and chosen from Queens county, and other relief. For further statement of facts see opinion in court below (155 Misc. 742). Order unanimously affirmed, without costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

* Added by Laws of 1934, chap. 478.—[REP.